UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Y.R., as parent and Natural Guardian of Minor Plaintiff, M.M.<br>　　Plaintiff | : | No.   18: CV 402 (XXX) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| Yehudi Manzano.<br>　　Defendant | : | March 6, 2018 |

## COMPLAINT

### Count One

### Certain Activities Relating to materials constituting child pornography, 18 U.S.C. Section 2252A and Civil Remedy for personal injuries, 18 U.S.C. 2255

1. This is an action for money damages to redress the deprivation by the defendants of rights secured to the plaintiff by the laws of the United States and the State of Connecticut.

2. Jurisdiction of this Court is invoked under the provisions of Sections 1331 and 1367(a) of Title 28 and Sections 2252, 2252A.and 2255.

3. Jurisdiction of this Court is invoked, in the state law claims, under the provisions of Section 1367 of Title 28 of the United States Code.

4. Venue lies in the District of Connecticut under 28 U.S.C. Section 1391(b), in that all the events of this complaint, and the parties reside, within this

District.

5. During all times mentioned in this action, the plaintiff M.M., was, and still is, a minor citizen of the United States, residing in Waterbury, Connecticut.

6. Plaintiff, Y.R. is an adult citizen of the City of Waterbury, CT, and the mother of minor plaintiff M.M.

7. Plaintiff, Y.R., is the parent and natural guardian of M.M., and is authorized and empowered to bring this action on behalf of, and for her minor daughter M.M.

8. The defendant, **Yehudi Manzano,** is an adult male who is over the age of twenty one.

9. Based upon the sensitive nature of the allegations that encompass this complaint, the surreptitious videotaping of an unclothed minor, she is identified only as M.M in the public filing, and her mother is identified as Y.R.  Her identity and date of birth, and her mother's name, are revealed in a sealed and otherwise identical Complaint filed herewith.

10. On November 8, 2016 a state arrest warrant was issued for the defendant charging him with Sexual Assault in the Second Degree and several counts of Risk of injury to a minor.

11. The state criminal arrest warrant was based upon allegations that the defendant had a sexual relationship with the defendant.

12. At the time of the sexual encounters the plaintiff was under the age of sixteen.

13. During the course of the state criminal investigation the defendant's Samsung Galaxy cellular phone had at least one video of the defendant and minor plaintiff engaging in sexually explicit conduct.

14. Upon information and belief, the Samsung Galaxy phone has internet access.

15. Upon information and belief, this phone is manufactured in Gumi, Korea, Vietnam, China, India, Indonesia and Brazil, and thereby the video was produced utilizing materials that were mailed, shipped or transported in or affecting interstate or foreign commerce.

16. The surreptitious video was taken by the defendant.

17. The defendant's actions were unjustified and unlawful.

18. The actions of the defendant was extreme and outrageous.

19. As a direct and proximate result of the acts of the defendant, the plaintiff suffered and continues to suffer severe emotional distress.

20. The defendant should have known that emotional distress was the likely result of such conduct.

21. As a consequence of the actions of the defendant, the plaintiff suffered and continues to suffer great humiliation, embarrassment, anxiety, stress, emotional and mental upset.

22. The actions of the Defendant resulted in injury and damages to the plaintiff.

23. In the manner described above, the injuries to the plaintiff were the direct and proximate result of the intentional actions of the defendant.

.**_Count Two:     Negligent Infliction of Emotional Distress_**

1-22.  Paragraphs one through twenty two of Count One of this complaint are incorporated herein as paragraphs one through twenty two of Count Two this complaint.

23.  In the manner described above, the injuries to the plaintiff were the direct and proximate result of the negligence of the defendant.

**_Count Four:     Invasion of Privacy_**

1-22.  Paragraphs one through twenty two of Count One of this complaint are incorporated herein as paragraphs one through twenty two of Count Three of this complaint.

23.  Due to the actions of the Defendant, the plaintiff suffered from an unreasonable publicity to her private life, an intrusion upon the person of the plaintiff, and an intrusion upon the seclusion of the plaintiff.

24.  The actions of the Defendant were highly offensive to a reasonable person, and resulted in an invasion of privacy.

**_Count Four:     Sexual Exploitation of Children, 18 U.S.C. Section 2251, and Civil Remedy for personal injuries, 18 U.S.C. 2255_**

1-22.  Paragraphs one through twenty two of Count One of this complaint are incorporated herein as paragraphs one through twenty two of Count Four this complaint.

23. The defendant used, persuades, induced, or enticed the plaintiff to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

24. The defendant had reason to know that such visual was produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by means including by computer.

By Their Attorney

/s/
_____
Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06606
203 332-6000
203 332-0661 fax
Bar No. 22117
robertberke@optonline.net

## **JURY DEMAND**

The plaintiff requests a trial by jury.

       By Their Attorney

        /s/

    _____
    Robert M. Berke
    640 Clinton Avenue
    Bridgeport, CT 06606
    203 332-6000
    203 332-0661 fax
    Bar No. 22117
    robertberke@optonline.net

Wherefore, the plaintiff claims:

a) Compensatory damages;

b) Punitive damages;

c) Attorney's fees;

d) Statutory damages under 18 U.S.C. 2255;

e) Such other relief as deemed fair and equitable.

By Their Attorneys

/s/
_____
Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06606
203 332-6000
203 332-0661 fax
Bar No. 22117
robertberke@optonline.net

By Their Attorney

/s/
_____
Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06606
203 332-6000
203 332-0661 fax
Bar No. 22117

robertberke@optonline.net

**JURY DEMAND**

The plaintiff requests a trial by jury.

By Their Attorney

/s/

_____
Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06606
203 332-6000
203 332-0661 fax
Bar No. 22117
robertberke@optonline.net

Wherefore, the plaintiff claims:

a) Compensatory damages;

b) Punitive damages;

c) Attorney's fees;

d) Statutory damages under 18 U.S.C. 2255;

e) Such other relief as deemed fair and equitable.

By Their Attorneys

/s/
_____
Robert M. Berke
640 Clinton Avenue
Bridgeport, CT 06606
203 332-6000
203 332-0661 fax
Bar No. 22117
robertberke@optonline.net