UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Y.R., as parent and Natural Guardian of Minor Plaintiff, M.M. | : | NO  18-CV-402 (SRU) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Yehudi Manzano, | : | |
| Defendant | : | June 11, 2018 |

## ANSWER

### Count One

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. The plaintiffs are left to their proof.

6. The plaintiffs are left to their proof.

7. The plaintiffs are left to their proof.

8. Admit.

9. The plaintiffs are left to their proof.

10. Admit.

11. Admit.

12. The plaintiffs are left to their proof.

13. The plaintiffs are left to their proof.

14. The plaintiffs are left to their proof.

15. The plaintiffs are left to their proof.

16. The plaintiffs are left to their proof.

17. The plaintiffs are left to their proof.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

**Count Two**

1-22. The previous answers are incorporated herein.

23. Denied.

**Count Three**

1-22. The previous answers are incorporated herein.

23. Denied.

24. Denied.

**Count Four**

1-22. The previous answers are incorporated herein.

23. Denied.

24. Denied.

The Defendant,<br>
By:  /s/ Norman A. Pattis /s/<br>
Bar No. ct13120<br>
Pattis & Smith, LLC<br>
383 Orange Street<br>
New Haven, CT  06511<br>
V: 203-393-3017;F:203-393-9745<br>
npattis@pattisandsmith.com

## **CERTIFICATION**

      This is to certify that on June 11, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

                                                                                      By: /s/ Norman A. Pattis/s/
                                                                                         PATTIS & SMITH, LLC